UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RICKY F. MADEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18CV999 HEA |
| | ) | |
| ST. LOUIS COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on defendants' motion for additional time in which to file a responsive pleading. (Docket No. 21). Defendants' counsel states that he only recently received the case and requests additional time in which to investigate and research the complaint. Good cause having been shown, the Court will grant defendants' motion and give defendants thirty (30) days from the date of this order in which to file a responsive pleading.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for additional time to file a responsive pleading (Docket No. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that defendants shall have **thirty (30) days** from the date of this order in which to file their response.

Dated this 1st day of March, 2019

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE